### Roberts *v.* Southern Grocery Company.

Hill, J. The sole contention in this case is that the verdict is contrary to law and the evidence. The evidence being of such a character as to warrant the jury in finding the property subject to the levying fi. fa., the judgment of the court refusing the claimant a new trial will not be disturbed.

*Judgment affirmed. All the Justices concur, except Atkinson, J., absent.*

APRIL 23, 1914.

Eviction. Before Judge Conyers. Appling superior court. May 24, 1913.

*Bolling Whitfield,* for plaintiff in error. *S. C. Townsend,* contra.